**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAK LOGISTICS, INC., <br><br> Plaintiff <br><br> v. <br><br> STEVENS TRANSPORT, INC., <br><br> Defendant | Case No.: 2:24-cv-00413-APG-MDC <br><br> **Order Striking Certificate of Interested Parties** |

I ORDER that defendant Stevens Transport, Inc.'s certificate of interested parties (ECF No. 10) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the defendant's citizenship as required by the amendment to that rule.

I FURTHER ORDER the defendant to file a proper certificate of interested parties by May 20, 2024.

DATED this 6th day of May, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE