UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAK LOGISTICS, INC., <br><br> Plaintiff <br><br> v. <br><br> STEVENS TRANSPORT, INC., <br><br> Defendant | Case No.: 2:24-cv-00413-APG-MDC <br><br> **Order Striking Certificate of Interested Parties** |

    I ORDER that defendant Stevens Transport, Inc.'s certificate of interested parties (ECF No. 13) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify defendant Stevens Transport, Inc.'s citizenship as required by the amendment to that rule.

    I FURTHER ORDER the defendant to file a proper certificate of interested parties by June 3, 2024.

    DATED this 20th day of May, 2024.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE