**LAW OFFICE OF MITCHELL STIPP**
MITCHELL STIPP, ESQ.
Nevada Bar No. 7531
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: 702.602.1242
mstipp@stipplaw.com
*Counsel for Plaintiff, JAK Logistics, Inc.*

**UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF NEVADA**

| | |
|---|---|
| **JAK LOGISTICS, INC.**, a Nevada corporation,<br><br>Plaintiff,<br><br>*vs.*<br><br>**STEVENS TRANSPORT, INC.**, a Texas corporation<br><br>Defendant. | Case No.: 2:24-CV-00413<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**Submitted in Compliance with LR 26-1(b)**<br>*Special Scheduling Review Requested* |

The parties held a scheduling conference under Federal Rule of Civil Procedure 26(f) on Wednesday, June 12, 2024. The parties now submit their stipulated discovery plan and scheduling order in compliance with LR 26-1(b) as follows:

1. **Discovery Cut-Off Date**: Defendant, Stevens Transport, Inc., a Texas corporation ("Defendant"), answered the Complaint by Plaintiff, JAK Logistics, Inc., a Nevada corporation ("Plaintiff") (Dkt. No. 1) on May 3, 2024. See Answer, Dkt. No. 8. The discovery cut-off date is Monday, May 12, 2025.

2. **Amending the Pleadings and Adding Parties**: The deadline to amend the pleadings and add parties is Tuesday, February 11, 2025.

3. **Expert and Rebuttal-Expert Disclosures**: The deadline to disclose experts is

Thursday, March 13, 2025. The deadline to disclose rebuttal experts is Monday, April 14, 2025.

4. **Dispositive Motions**: The deadline to file dispositive motions is Wednesday, June 11, 2025.

5. **Pretrial Order**: The deadline to file a pretrial order is Friday, July 11, 2025.

6. **Fed. R. Civ. P. 26(a)(3)**: The disclosures required by this rule and any objections to them must be included in the joint pretrial order.

7. **Alternative Dispute Resolution**: The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation.

8. **Alternative Forms of Case Disposition**: The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

9. **Electronic Evidence**: The parties certify that they discussed whether to present evidence in electronic format to jurors for the purpose of jury deliberations.

**[End of Page]**

**IT IS SO STIPULATED.**

**LAW OFFICE OF MITCHELL STIPP, P.C.**

/s/ Mitchell Stipp

MITCHELL STIPP, ESQ.
Nevada Bar No. 7531
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: 702.602.1242
mstipp@stipplaw.com
*Counsel for Plaintiff, JAK Logistics, Inc.*

**THORNDAL ARMSTRONG, PC**

/s/ Michael Hetey (with permission)

MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, NV 89101
Telephone: 702.366.0622
mch@thorndal.com
*Counsel for Defendant, Stevens Transport, Inc.*

**IT IS SO ORDERED. The stipulation is denied without prejudice. The parties do not show why one year is needed for discovery.**

**United States Magistrate Judge**

Dated: 8/27/2024