**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jak Logistics, Inc,

                Plaintiff,

vs.

Stevens Transport, Inc.,

                Defendant.

Case No. 2:24-cv-00413-APG-MDC

**ORDER REGARDING DISCOVERY PLAN**

      The Court denied the parties' discovery plan almost six weeks ago because the parties did not show why they needed a year for discovery. ECF No. 18. In the intervening time, the parties did not file a corrected discovery plan.

      IT IS ORDERED that by **November 8, 2024** that parties must, after meeting-and-conferring, file a corrected discovery plan and scheduling order in compliance with LR 26-1, including the time periods provided by LR 26-1(b). Failure to do so may result in sanctions.

      IT IS SO ORDERED.

      DATED November 4, 2024.

                                                _____
                                                Hon. Maximiliano D. Couvillier III
                                                United States Magistrate Judge