UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jak Logistics, Inc, <br><br>　　　　　　Plaintiff(s), <br><br> vs. <br><br> Stevens Transport, Inc., <br><br>　　　　　　Defendant(s). | 2:24-cv-00413-APG-MDC <br><br> **ORDER SETTING HEARING** |

IT IS ORDERED that:

1. The parties' *Stipulation for Clarification* ("Stipulation")(ECF No. 22) is GRANTED.

2. Counsel must appear in-person, on the Court's stacked docket, at **10:00 a.m. on December 11, 2024 in Courtroom 3B** for a hearing regarding the Stipulation.

Dated this 20th day of November 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge