MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, Nevada 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
mch@thorndal.com

Attorneys for Defendant,
STEVENS TRANSPORT, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAK LOGISTICS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STEVENS TRANSPORT, INC., a Texas corporation,<br><br>Defendant. | CASE NO.  2:24-cv-00413-APG-MDC<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES (First Request)** |

Pursuant to Local Rule 26-1, the parties respectfully request an extension of remaining deadlines. This is the first request for an extension of time, recognizing the prior issues with the original discovery plan and scheduling issues that resulted in the current deadlines. This stipulation is filed more than 21 days before the close of discovery.

**I.    SUMMARY OF CASE**

This case arises out of a motor vehicle accident that occurred on January 18, 2023, in Hesperia, California.  The Complaint in this matter was filed in the United States District Court, District of Nevada on February 29, 2024 [ECF No. 1]. Defendant filed its Answer to Plaintiff's Complaint on May 3, 2024 [ECF No. 8].  Except for Plaintiff's bad faith claim, liability is not in dispute with respect to the underlying auto accident. The Parties are primarily contesting damage issues.

The parties have been participating in discovery including multiple productions of documents, and production of an initial expert report by Defendant and a rebuttal expert report by Plaintiff per the current expert disclosure deadlines.  However, an issue has arisen with

Page 1 of 3
JAK Logistics, Inc. v. Stevens Transport, Inc., Case No. 2:24-cv-00413-APG-MDC
**Stipulation and Order to Extend Discovery Deadlines (First Request)**

respect to Defendant's expert, Kevin Parker with Custard Insurance Adjuster, Inc. ("Custard"), which may require Defendant to retain a new expert to replace Mr. Parker. The Parties are also working to schedule private mediation. As such, the Parties have agreed that it is in their best interest to extend the remaining deadlines by 90-days.

## II.  DISCOVERY COMPLETED

### A.  Plaintiff

To date, Plaintiff has conducted the following discovery:

- September 24, 2024, Initial FRCP 26 Disclosure.
- February 20, 2025, First Supplemental FRCP 26 Disclosure.
- February 20, 2025, Second Supplemental FRCP 26 Disclosure.
- February 26, 2025, Plaintiff Rebuttal Expert Disclosure.

### B.  Defendant

To date, Defendant has conducted the following discovery:

- August 23, 2024, Initial FRCP 26 Disclosure.
- January 28, 2025, Initial Expert Disclosure.
- January 28, 2025, First Supplemental FRCP 26 Disclosure.

## III.  DISCOVERY THAT REMAINS TO BE COMPLETED

- Deposition of Plaintiff's FRCP 30(b)(6) witness.
- Deposition of Defendant's FRCP 30(b)(6) witness.
- Depositions of potential additional fact witnesses regarding vehicle repair issues with non-parties Ryder Transportation Services, Inc. and Velocity.
- Deposition of Plaintiff's expert witness.
- Deposition of Defendant's expert witness.
- Potential written discovery.

## IV.  REASONS WHY PARTIES ARE REQUESTING EXTENSION

The Plaintiff and Defendant seek additional time to allow Defendant to resolve issues with Custard, participate in mediation, and complete discovery. Based upon these circumstances, the parties seek a 90-day extension in good faith and not for purpose of delay.

Page 2 of 3
JAK Logistics, Inc. v. Stevens Transport, Inc., Case No. 2:24-cv-00413-APG-MDC
**Stipulation and Order to Extend Discovery Deadlines (First Request)**

Below is a proposal for extensions of remaining discovery deadlines based on the current request to extend the discovery cutoff and pre-trial deadlines by 90 days.

### V. PROPOSED REVISED SCHEDULE

|  | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Initial Expert Designation | February 28, 2025 | **Closed** |
| Rebuttal Expert Designation | January 27, 2025 | **Closed** |
| Discovery Cut-Off | March 31, 2025 | **June 30, 2025** |
| Dispositive Motions | April 30, 2025 | **July 30, 2025** |
| Joint Proposed Pre-Trial Order | May 30, 2025<br>*or 30 days after resolution of Dispositive Motions | **August 29, 2025** |

Dated this 7th day of March 2025.

LAW OFFICE OF MITCHELL STIPP, PC

/s/ Mitchell Stipp
Mitchell Stipp, Esq.
Nevada Bar No. 7531
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Attorney for Plaintiff,
JAK LOGISTICS, INC.

Dated this 7th day of March 2025.

THORNDAL ARMSTRONG, PC

/s/ Michael C. Hetey
Michael C. Hetey, Esq.
Nevada Bar No. 5668
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, Nevada 89101
Attorneys for Defendants,
STEVENS TRANSPORT, INC.

**ORDER**

IT IS SO ORDERED.
3-10-25

_____
UNITED STATES MAGISTRATE JUDGE

Page 3 of 3
JAK Logistics, Inc. v. Stevens Transport, Inc., Case No. 2:24-cv-00413-APG-MDC
**Stipulation and Order to Extend Discovery Deadlines (First Request)**