# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAK LOGISTICS, INC., | Case No.: 2:24-cv-00413-APG-MDC |
| Plaintiff | **Order** |
| v. | |
| STEVENS TRANSPORT, INC., | |
| Defendant | |

On June 2, 2025, the parties advised the court that they had reached a settlement in this matter. ECF No. 27.  The parties have not filed a stipulation of dismissal or status report since then.

I THEREFORE ORDER that by December 15, 2025, the parties shall file either a stipulation of dismissal or a status report regarding settlement.

DATED this 1st day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE