MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, Nevada 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
mch@thorndal.com

Attorneys for Defendant,
STEVENS TRANSPORT, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAK LOGISTICS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STEVENS TRANSPORT, INC., a Texas corporation,<br><br>Defendant. | CASE NO.  2:24-cv-00413-APG-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, JAK LOGISTICS, INC. ("Plaintiff"), and Defendant STEVENS TRANSPORT, INC. ("Defendant"), by and through their respective undersigned counsel of record, that Plaintiff's Complaint, including all claims and causes of action alleged therein or which could have been alleged

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

in this case, and all claims and causes of action which could have been alleged by Defendant in this case, be dismissed with prejudice against Plaintiff, Defendant, or potential parties to this case; and, that each stipulating Party is to bear their own attorney fees, costs and expenses.

Dated this 10th day of December 2025.          Dated this 10th day of December 2025.

LAW OFFICE OF MITCHELL STIPP, PC          THORNDAL ARMSTRONG, PC

/s/  Mitchell Stipp                                              /s/ Michael C. Hetey
MITCHELL STIPP, ESQ.                            MICHAEL C. HETEY, ESQ.
Nevada Bar No. 7531                                 Nevada Bar No. 5668
1180 N. Town Center Drive, Suite 100         600 S. Las Vegas Boulevard, Suite 400
Las Vegas, Nevada 89144                           Las Vegas, Nevada 89101

Attorney for Plaintiff,                                 Attorneys for Defendants,
JAK LOGISTICS, INC.                               STEVENS TRANSPORT, INC.

## **ORDER**

IT IS SO ORDERED:

Dated: _____December 11, 2025_____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE